UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Case No.: 25-303 70

v.                                    Hon. UNASSIGNED

Chengxuan Han,

    Defendant.
_____/

**Appearance**

To the Clerk of this Court and all parties of record:

Please enter my appearance as Counsel in this case for Chengxuan Han, I certify that I am admitted to practice in the Court.

                                      Respectfully submitted,

                                      **FEDERAL COMMUNITY DEFENDER**

                                      s/ Sara Garber
                                      Sara Garber
                                      Assistant Federal Defender
                                      613 Abbott Street, Suite 500
                                      Detroit, Michigan 48226
                                      T: 313-967-5830
Dated: June 10, 2025              E: sara_garber@fd.org